IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

**DONALD JAY THOMPSON,**

        **Plaintiff**

v.     CA. NO. 2:16-cv-00614-JDL

**REALPAGE INC.,**

        **Defendant**

## STIPULATION OF DISMISSAL IN REGARDS TO DEFENDANT REALPAGE, INC.

Plaintiff, Donald Jay Thompson, and Defendant, RealPage, Inc. stipulate and agree as follows, pursuant to Fed. R. Civ. P. 41:

1. All claims asserted, or that could have been asserted, by Donald Jay Thompson against RealPage, Inc. in this action are hereby dismissed with prejudice.

2. This dismissal shall be without award of costs to any party, and each party shall bear its own attorneys' fees and other expenses.

| DONALD JAY THOMPSON | REALPAGE, INC. |
|---|---|
| By his Attorneys, | By their Attorney, |
| /s/ Andrea Bopp Stark | /s/ Elizabeth G. Stouder |
| Andrea Bopp Stark | Elizabeth G. Stouder, Esq. |
| **MOLLEUR LAW OFFICE** | Richardson, Whitman, Large & Badger |
| 419 Alfred Street | P. O. Box 9545 |
| Biddeford, ME 04005-3747 | Portland, ME 04112-9545 |
| 207-283-3777 | Tel: (207) 774-7474 |
| andrea@molleurlaw.com | estouder@rwlb.com |
| /s/Elizabeth A. Miller | /s/ Jonathan H. Yee |
| Elizabeth A. Miller, Esq. | Jonathan H. Yee, Esq. |
| Attorney at Law | Troutman Sanders, LLP |
| Admitted *Pro hac vice* | 5 Park Plaza, Suite 1400 |
| 99 High Street, Suite 304 | Irvine, CA 9261 |

| | |
|---|---|
| Boston, MA 02110<br>Telephone: (617) 478-4914<br>elizabethamiller@comcast.net | ATTORNEYS FOR<br>DEFENDANT REALPAGE, INC. |

*/s/ Gary Goldberg*
Gary Goldberg, Esq.
Terry Garmey & Associates
482 Congress Street, Suite 402
Portland, ME  04101-3424
ggoldberg@garmeylaw.com
ATTORNEYS FOR PLAINTIFF
DONALD JAY THOMPSON

| | |
|---|---|
| Dated:  August 28, 2017 | Dated:  August 28, 2017 |

## CERTIFICATE OF SERVICE

I, Susan Black, hereby certify that I am over eighteen years old and caused a true and correct copy of the Stipulation of Dismissal to be served on the parties per the Court's ECF System on August 28, 2017.

Dated:   August 28, 2017

By:   */s/ Susan Black*
Susan Black, Paralegal
Molleur Law Office
419 Alfred Street
Biddeford, ME  04005
(207) 283-3777
susan@molleurlaw.com

## SERVICE LIST

**Served electronically:**

All parties on Court ECF mailing list including, Elizabeth G. Stouder and Jonathan H. Yee, Counsel for Defendant, RealPage, Inc.